# MEMORANDUM DECISIONS

[Civil No. 930.]

### THE ALTO GOLD MINING COMPANY, Appellant, v. JOHN KINNEY, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. Richard E. Sloan, Judge.

Thos. C. Job, and R. E. Morrison, for Appellant.

Ross & O'Sullivan, for Appellee.

January 9, 1906. Dismissed.

[Civil No. 918.]

### JACOB PIRRUNG, Appellant, v. J. C. WEST, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Fletcher M. Doan, Judge.

J. M. O'Connell, for Appellant.

Wm. M. Lovell, for Appellee.

January 9, 1906. Affirmed.

[Civil No. 901.]

### MARTIN BUGGELN, Petitioner, v. HENRY F. ASHURST, as District Attorney of the County of Coconino, Territory of Arizona, Respondent.

PETITION for Writ of Mandamus.

T. J. Norton, Paul Burks, U. T. Clotfelter, for Petitioner.

E. M. Doe, for Respondent.

January 9, 1906. Writ of *mandamus* granted.